UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZENOBIA JONES and
HAKEEM ABDUL RASHEED,

        Plaintiffs,

                              Case Number 07-10128
v.                                           Honorable David M. Lawson
                                           Honorable Virginia M. Morgan

LEE G. RAVITZ and ZAINUB
SAREEA,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SANCTIONS

        Presently before the Court is the report issued on June 5, 2007 by Magistrate Judge Virginia M. Morgan pursuant to 28 U.S.C. § 636(b), recommending that this Court grant the defendants' motion for sanctions under Rule 11 of the Federal Rules of Civil Procedure. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

        Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 23] is **ADOPTED**.

        It is further **ORDERED** that the defendants' motion for sanctions [dkt # 19] is **GRANTED**.

It is further **ORDERED** that the plaintiffs shall remit to the defendants $6,838.51, for which sum the plaintiffs are jointly and severally liable.

It is further **ORDERED** that the plaintiffs are **ENJOINED** from filing any future papers in the United States District Court for the Eastern District of Michigan without first obtaining leave of court.

                                                    s/David M. Lawson
                                                    DAVID M. LAWSON
                                                    United States District Judge

Dated: July 6, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 6, 2007.

                               s/Felicia M. Moses
                               FELICIA M. MOSES